```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 12709
   LETONYA D MARLOW
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9149


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/19/2008 and was confirmed 07/30/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was dismissed after confirmation 03/04/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
ACE CASH ADVANCE              UNSECURED      NOT FILED          .00          .00
GE MONEY BANK                 UNSECURED      NOT FILED          .00          .00
BALABAN FURNITURE             UNSECURED         506.56          .00          .00
BC SERVICE                    UNSECURED      NOT FILED          .00          .00
CHARLES OWENS                 UNSECURED      NOT FILED          .00          .00
CITY OF CHICAGO DEPT OF       UNSECURED        2971.68          .00          .00
COLLECTION SYSTEMS INC        UNSECURED      NOT FILED          .00          .00
CCA                           UNSECURED      NOT FILED          .00          .00
CORTRUST BANK                 UNSECURED         525.65          .00          .00
CREDIT MANAGEMENT INC         UNSECURED      NOT FILED          .00          .00
CREDIT MANAGEMENT INC         UNSECURED      NOT FILED          .00          .00
CREDIT PROTECTION             UNSECURED      NOT FILED          .00          .00
CREDIT PROTECTION             UNSECURED      NOT FILED          .00          .00
VATIV RECOVERY SOLUTIONS      UNSECURED          81.15          .00          .00
PREMIER BANKCARD              UNSECURED         413.57          .00          .00
ARNOLD SCOTT HARRIS           UNSECURED      NOT FILED          .00          .00
IC SYSTEMS                    UNSECURED      NOT FILED          .00          .00
IC SYSTEMS                    UNSECURED      NOT FILED          .00          .00
MIDLAND CREDIT MANAGEMEN      UNSECURED         623.62          .00          .00
DRIVE FINANCIAL SVC           UNSECURED        6916.37          .00          .00
PEOPLES GAS LIGHT & COKE      UNSECURED        1006.32          .00          .00
JEFFERSON CAPITAL SYSTEM      UNSECURED         674.09          .00          .00
JEFFERSON CAPITAL SYSTEM      UNSECURED         622.61          .00          .00
US BANK                       UNSECURED      NOT FILED          .00          .00
WESTERN CONTROL SERVICE       UNSECURED      NOT FILED          .00          .00
BALABAN FURNITURE             SECURED NOT I    1400.00          .00          .00
COMMONWEALTH EDISON           UNSECURED         321.44          .00          .00
GMAC                          UNSECURED       13488.92          .00          .00
ASSET ACCEPTANCE LLC          UNSECURED        4088.45          .00          .00
ASSET ACCEPTANCE LLC          UNSECURED         497.62          .00          .00
SBC ILLINOIS                  UNSECURED         232.54          .00          .00
ARROW FINANCIAL SERVICES      UNSECURED             .00          .00          .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12709 LETONYA D MARLOW
```

```
LIBERTY ACQUISITIONS LLC  FILED LATE             .00                 .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,474.00                               671.22
TOM VAUGHN                TRUSTEE                                                   56.78
DEBTOR REFUND             REFUND                                                      .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         728.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                        671.22
TRUSTEE COMPENSATION                                   56.78
DEBTOR REFUND                                            .00
                              ---------------   ---------------
TOTALS                          728.00                728.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/26/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```